# ALICE JOHNSON v. CRESCENT CREAMERY COMPANY.[1]

July, 2, 1915.

Nos. 19,354—(232).

**Damages not excessive.**

Action for personal injury. Verdict for $2,500. *Held:* The verdict was not excessive. [Reporter.]

Action in the district court for Ramsey county to recover $5,200 for personal injury received from defendant's automobile while crossing a certain street. The case was tried before Hanft, J., and a jury which returned a verdict for $2,500. From an order denying its motion for a new trial, defendant appealed. Affirmed.

*Barrows, Stewart & Ordway*, for appellant.

*Wickersham & Churchill*, for respondent.

PER CURIAM.

Plaintiff was injured in the same accident as was the plaintiff in Sherwood

[1] Reported in 153 N. W. 525.

v. Crescent Creamery Company, supra, page 263, 153 N. W. 525. The only claim on this appeal is that the verdict of $2,500 is excessive. We have examined the testimony and conclude that the verdict, while liberal, is not so out of proportion to fair compensation for the conditions testified to by plaintiff and her witnesses that we ought to interfere.

Order affirmed.